UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1716

_____

DAWN KEEFER; TIMOTHY BONNER; BARRY JOZWIAK; BARBARA GLEIM; JOSEPH HAMM; WENDY FINK; ROBERT KAUFFMAN; STEPHANIE BOROWICZ; DONALD (BUD) COOK; PAUL (MIKE) JONES; JOSEPH D'ORSIE; CHARITY KRUPA; LESLIE ROSSI; DAVID ZIMMERMAN; ROBERT LEADBETER; DANIEL MOUL; THOMAS JONES; DAVID MALONEY; TIMOTHY TWARDZIK; DAVID ROWE; JOANNE STEHR; AARON BERNSTINE; KATHY RAPP; REPRESENTATIVE MARK GILLEN; REPRESENTATIVE JILL COOPER; REPRESENTATIVE MARLA BROWN; SENATOR CRIS DUSH,
All Pennsylvania Legislators,
Appellants

v.

PRESIDENT UNITED STATES OF AMERICA; GOVERNOR OF PENNSYLVANIA; SECRETARY COMMONWEALTH OF PENNSYLVANIA; DEPUTY SECRETARY ELECTIONS COMMISSIONS; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; SECRETARY; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES; UNITED STATES DEPARTMENT OF STATE; SECRETARY PENNSYLVANIA DEPARTMENT OF STATE; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; UNITED STATES DEPARTMENT OF ENERGY; SECRETARY; UNITED STATES DEPARTMENT OF EDUCATION; SECRETARY UNITED STATES DEPARTMENT OF EDUCATION

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1:24-cv-00147)
District Judge: Honorable Jennifer P. Wilson

_____

Argued: January 16, 2025

_____

Before: PHIPPS, FREEMAN, and CHUNG, *Circuit Judges*

_____

JUDGMENT

_____

      This cause came to be considered on the record on appeal from the United States District Court for the Middle District of Pennsylvania and was argued on January 16, 2025. On consideration whereof,

      It is now hereby ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Middle District of Pennsylvania entered on March 26, 2024, is hereby AFFIRMED. Costs shall be taxed in this matter against Appellants. All of the above in accordance with the Opinion in this case.

                                        ATTEST:

                                        <u>s/ Patricia S. Dodszuweit</u>
                                        Clerk

Dated: March 4, 2025